**In the Matter of Linus Gilbert FARR**

**No. 928 Disiplinary No. 3.**

Supreme Court of Pennsylvania.

Aug. 19, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 2004, Linus Gilbert Farr having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated February 25, 2004; the said Linus Gilbert Farr having been directed on May 28, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Linus Gilbert Farr is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**John M. LARASON, Respondent.**

**No. 939 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 19, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 19th day of August, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 21, 2004, it is hereby

ORDERED that JOHN M. LARASON be and he is SUSPENDED from the Bar of this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.